**No. 48579.**—Protests 68113–K, etc., of Lien Import Co., Inc. (New York).

Opinion by TILSON, J. From the established facts and following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to certain of the items.

**No. 48580.**—Protests 613980–G, etc., of A. S. Stark & Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48581.**—Protest 97970–K of Rudolf Lesch Fine Arts, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that certain of the merchandise consists of lithographic prints exceeding twelve and not exceeding twenty-one one-thousandths of one inch in thickness and exceeding 35 square inches cutting size in dimensions, etc., the claim at 12 cents per pound under paragraph 1406 was sustained as to those items.

**No. 48582.**—Protest 99093–K of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that certain of the tape measures in question are similar to those involved in Abstract 43372. The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE SECOND DIVISION, JULY 23, 1943

**No. 48583.**—Protests 20870–K, etc., of E. W. C. Toepfer (New York).

Opinion by LAWRENCE, J. It was conclusively established that the wrenches are similar to those the subject of *United States* v. *Ritter Carlton Co.* (30 C. C. P. A. 208, C. A. D. 234), the record in which case was incorporated herein. Following that decision they were held dutiable at 45 percent under paragraph 396 as claimed.

**No. 48584.**—Protest 79101–K of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. It was conclusively established that the articles consist of brass base shells similar to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), the record in which case was incorporated herein. Following that decision the claim at 35 percent under paragraph 353 was sustained.